1  DAVID H. BARTICK
   LAW OFFICES OF DAVID H. BARTICK
2  *Certified Specialist, Criminal Law*
   California State Bar No. 126132
3  101 West Broadway, Suite 1950
   San Diego, California 92101-8220
4  Telephone: (619) 231-8900

5  Attorney for Defendant
   Maria de Los Angeles Flores-Uribe



FILED
AUG 3 1 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Leo S. Papas, Magistrate Judge)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>     Plaintiff,    )<br>              )<br>              )<br>     v.       )<br>              )<br>MARIA DE LOS ANGELES FLORES-URIBE, )<br>              )<br>     Defendant.   )<br>_____) | Magistrate Case No. 06MG1542<br>06CR1914-LAB<br><br>SUBSTITUTION OF ATTORNEY<br><u>AND ORDER THEREON</u> |

   Defendant MARIA DE LOS ANGELES FLORES-URIBE hereby substitutes DAVID H. BARTICK of the Law Offices of David H. Bartick, 101 West Broadway, Suite 1950, San Diego, California, telephone (619) 231-8900, as retained attorney of record in place and stead of Frank J. Ragen II.

Dated: August 28, 2006

                    Maria de los Angeles Flores Uribe
                    MARIA DE LOS ANGELES FLORES-URIBE
                    Defendant

/////

/////

1  Substitution of Attorney and Order Thereon
2  *United States v. Maria de Los Angeles Flores-Uribe*, Magistrate Case No.06MG1542

3
4  Dated: 8/29/06                           LAW OFFICES OF FRANK J. REGAN II
5
6                                           _____
7                                           FRANK J. RAGEN II
                                            Attorney of Record
8
      Above substitution accepted.
9

10
    Dated: August 28, 2006                  LAW OFFICES OF DAVID H. BARTICK
11

12
                                            _____
13                                          DAVID H. BARTICK
                                            Substituted Attorney for
14                                          Maria de Los Angeles Flores-Uribe

15

16

17                                    **ORDER**

18        IT IS HEREBY ORDERED, that David H. Bartick be substituted in as attorney of record

19  for defendant Maria de Los Angeles Flores-Uribe in the above-entitled cause in place and stead

20  of Frank J. Ragen II.

21

22  SO ORDERED.

23

24  Dated: 8/31/06

25
                                            _____
26                                          LEO S. PAPAS
                                            United States District Court Magistrate Judge
27

28

                                    2                                        04MG2366